| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| **Debtor name:** Trinitas Farming, LLC, et al. | | |
| **United States Bankruptcy Court for the:** Northern District of California | | |
| **Case number (if known):** 24-_____ | | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis  12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed * | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Almond Co/The Hulling Co<br>2900 Airport Drive<br>Madera CA 93637 | Kelli Graham<br>Tel: (559) 660-5852<br>kelli@thealmondcompany.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $9,212,738.00 |
| 2 | Pomona Farming, LLC<br>2055 Woodside Road<br>Suite 195<br>Redwood City CA 94061 | Ryon Paton<br>Tel: (650) 796-9260<br>rpaton@pomonafarmingllc.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $7,562,080.00 |
| 3 | The Harvesting Group<br>470 E. Herndon<br>Suite 200<br>Fresno CA 93720 | Erin McIlhatton<br>Tel: (707) 326-7646<br>mcilhatton@me.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $4,891,214.00[1] |
| 4 | American Ag Credit<br>400 Aviation Blvd<br>Suite 100<br>Santa Rosa CA 95403 | Ed Adams<br>Tel: (707) 326-7646<br>eadams@agloan.com | Bank Loan | ☐ C<br>☐ U<br>☐ D | | | $2,000,000.00 |
| 5 | Farm Credit Leasing<br>NW-9675<br>P.O. Box 1450<br>Minneapolis MN 55485 | Amy Wong<br>Tel: (800) 551-5101<br>custserv@cobank.com | Equipment Lease | ☐ C<br>☐ U<br>☐ D | | | $1,057,489.00[2] |
| 6 | Chico Nut Hulling And Shelling LLC<br>P.O. Box 5365<br>Chico CA 95927 | Bill Wellington<br>Tel: (530) 894-5441<br>bill@chiconut.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $386,783.65 |

*The failure of the Debtors to designate listed debt as contingent, disputed and/or unliquidated is without prejudice to the Debtors' substantive rights, remedies, defenses and claims with respect to the claims listed herein.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed * | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Nutrien Ag Solutions - Stockton<br>P.O. Box 188<br>Stockton CA 95205 | Charles Tarbell<br>Tel: (209) 547-2600 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $332,421.53 |
| 8 | South Valley Companies, Inc<br>P.O. Box 82543<br>Bakersfield CA 93380 | Camilla Norman<br>Tel: (661) 831-5703<br>camilla@svcos.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $286,631.42 |
| 9 | Ashylan LLC<br>570 El Camino Real #150-142<br>Redwood City CA 94063 | Jennifer Vargas<br>Jennifer.Vargas@jll.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $275,260.00 |
| 10 | Gar Bennett LLC<br>P.O. Box 31001-3026<br>Pasadena CA 91110 | Kurtis Douglas<br>Tel: (559) 997-3188<br>kdouglas@garbennett.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $147,161.40 |
| 11 | Superior Soil Supplements LLC<br>10367 Houston Ave<br>Hanford CA 93230 | Michael Frankfort<br>Tel: (559) 584-7695 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $80,249.76 |
| 12 | ArentFox Schiff LLP<br>1717 K Street, NW<br>Washington DC 20006-5344 | Cole Ferguson<br>Tel: (202) 828-3463<br>cole.ferguson@afslaw.com | Professional Fees | ☐ C<br>☐ U<br>☐ D | | | $79,986.00 |
| 13 | Grow West<br>201 East Street<br>Woodland CA 95776 | Tel: (707) 678-5564 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $75,375.01 |
| 14 | Ford Credit<br>1501 North Plano Road<br>Suite 100<br>Richardson TX 75081 | Hannah Gierhart<br>Tel: (615) 315-3348 | Vehicle Lease | ☐ C<br>☐ U<br>☐ D | | | $72,034.00[1] |
| 15 | First National Bank Of Omaha<br>1620 Dodge Street<br>Omaha NE 68197 | Tel: 800-853-9586 | Credit Card | ☐ C<br>☐ U<br>☐ D | | | $61,990.00 |
| 16 | Helena Agri-Enterprises, LLC<br>P.O. Box 580065<br>Modesto CA 95348 | Fabian Cruz<br>Tel: (209) 538-2615 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $52,115.57 |
| 17 | Lockwood Seed & Grain<br>26777 N Chowchilla Blvd<br>Chowilla CA 93610 | Bob Samuelson<br>Tel: (559) 665-5702 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $50,054.50 |

Debtor **Trinitas Farming, LLC, et al.** Case number *(if known)* 24-_____

*The failure of the Debtors to designate listed debt as contingent, disputed and/or unliquidated is without prejudice to the Debtors' substantive rights, remedies, defenses and claims with respect to the claims listed herein.

Debtor **Trinitas Farming, LLC, et al.** Case number *(if known)* 24-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed * | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | V&Z Shredding<br>P.O. Box 64<br>Empire CA 95319 | Jacob Zensen<br>Tel: (209) 732-5171<br>jacobzensen@aol.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $48,868.00 |
| 19 | Stanislaus Farm Supply<br>P.O. Box 31001-0821<br>Pasadena CA 91110-0821 | Mike Doxey<br>Tel: (209) 538-7070 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $34,577.00 |
| 20 | United Rentals<br>FILE 51122<br>Los Angeles CA 90074-1122 | Nolan Obrien<br>Tel: (209) 521-6250 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $33,076.35 |
| 21 | Westside Equipment<br>P.O. Box 158<br>Crows Landing CA 95313 | Nicolaus Hansen<br>Tel: (209) 837-4793<br>crowslanding@westsideequipment.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $30,606.59 |
| 22 | California Industrial Rubber Co.<br>P.O. Box 2456<br>Fresno CA 93745 | Michael Esparza<br>Tel: (559) 268-7321<br>fresno@cir.net | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $23,983.03 |
| 23 | Orchard Machinery Corporation<br>2700 Colusa Highway<br>Yuba City CA 95993 | Brian Andersen<br>Tel: (530) 300-6158<br>ba@shakermaker.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $23,232.18 |
| 24 | Sperantus - Arriola Business Group Inc.<br>2323 Avenida Costa Este Suite 500<br>San Diego CA 92154 | Claudio Arriola<br>Tel: (877) 778-8287<br>claudio.arriola@sperantus.com | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $22,578.77 |
| 25 | Lawrence Tractor Co., Inc.<br>2436 E. Valley Oaks Drive<br>Visalia CA 93292 | Hector Mercado<br>Tel: (559) 732-9121 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $17,548.34 |
| 26 | Ag Water Chemical<br>P.O. Box 2595<br>Fresno CA 93745-2595 | Roy Sanchez<br>Tel: (559) 476-3830 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $16,968.74 |
| 27 | Cal West Rain Inc.<br>P.O. Box 306<br>Kerman CA 93630-0306 | Bobby Espinoza<br>Tel: (559) 846-5326 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $16,312.75 |

*The failure of the Debtors to designate listed debt as contingent, disputed and/or unliquidated is without prejudice to the Debtors' substantive rights, remedies, defenses and claims with respect to the claims listed herein.

Debtor **Trinitas Farming, LLC, et al.**  Case number *(if known)* **24-\_\_\_\_\_**

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed * | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | Batam Management Services Inc. 37905 Myrtlewood Dr Madera CA 93636 | Aaron Batista Tel: (209) 704-1818 batam.management.services@gmail.com | Trade Debt | ☐ C ☐ U ☐ D | | | $16,153.86 |
| 29 | BGM Electronic Services LLC 815 North Opdykek Building 200 Auburn Hills MI 48326 | Terry Bishop tbishop@bgm-es.com | Trade Debt | ☐ C ☐ U ☐ D | | | $15,000.00 |
| 30 | MARFAB Ag and Industrial Supplies 1025 I Street Los Banos CA 93635 | Tel: (209) 826-6700 | Trade Debt | ☐ C ☐ U ☐ D | | | $11,891.40 |

**\*The failure of the Debtors to designate listed debt as contingent, disputed and/or unliquidated is without prejudice to the Debtors' substantive rights, remedies, defenses and claims with respect to the claims listed herein.**

[1]Debtors have not made a determination as to whether the contracts with these creditors constitute true leases or financing arrangements, and this disclosure is without prejudice to all of Debtors' rights and remedies with respect to this, and all other issues relating to the characterization of this debt.

[2]Creditor contends that its claim is based on a true lease, not a financing transaction. Debtors have not made a determination as to whether the contracts with this creditor constitute true leases or financing arrangements, and this disclosure is without prejudice to all of Debtors' rights and remedies with respect to this, and all other issues relating to the characterization of this debt.

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules** 1008 **and** 9011.

**WARNING** -- **Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to** $500,000 **or imprisonment for up to** 20 **years, or both.** 18 U.S.C. §§ 152, 1341, 1519, **and** 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/19/2024       ✗ /s/ Kirk Hoiberg
MM / DD / YYYY              Signature of individual signing on behalf of debtor

Kirk Hoiberg
Printed name

Principal
Position or relationship to debtor