

Signed and Filed: February 20, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No.
(jrichards@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

TRINITAS FARMING, LLC, *et al.*,[1]

Debtors.

Case No. 24-50210 (DM)(Lead Case)

Chapter 11

(Joint Administration Requested)

**ORDER PURSUANT TO B.L.R. 9006-1 SHORTENING TIME FOR HEARING ON FIRST DAY MOTIONS**

Date: February 22, 2024
Time: 1:30 p.m. (Pacific Time)
Place: **Tele/Videoconference Appearances Only**
United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

---

[1] The last four digits of Trinitas Farming, LLC's tax identification number are 8883. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/trinitas. The Debtors' service address is 1414 East F Street A-102, Oakdale, California 95361.

Upon the Motion, dated as of February 20, 2024 (the "<u>Motion to Shorten</u>"),[2] of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") in the above-captioned Chapter 11 Cases, pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "<u>Bankruptcy Local Rules</u>"), for entry of an order shortening time for a hearing on the First Day Motions, all as more fully set forth in the Motion to Shorten; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "<u>Bankruptcy Local Rules</u>"); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion to Shorten as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion to Shorten and the First Day Declaration; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interests; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted as provided herein.

2. The hearing on the First Day Motions shall be held on February 22, 2024, at 1:30 p.m. (Prevailing Pacific Time) (the "<u>Hearing</u>").

3. Any party in interest opposing the relief requested in the First Day Motions may present such opposition at the Hearing.

---

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Motion to Shorten.

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

4. The Debtors are authorized to take all steps necessary or appropriate to carry out this Final Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Final Order.

**END OF ORDER**

**Court Service List**

*All ECF Participants*